UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HEARN, CDCR #AR-7111,<br><br>                                Plaintiff,<br><br>v.<br><br>RJD WARDEN, et al.,<br><br>                              Defendants. | Case No.: 22-cv-255-AGS-DDL<br><br>**ORDER STRIKING DOCUMENT DOCKETED IN ERROR AND DIRECTING CLERK OF COURT TO FILE DOCUMENT IN CORRECT CASE** *NUNC PRO TUNC*<br><br>**[Dkt. No. 64]** |

On February 8, 2024, the Clerk of Court erroneously docketed a document captioned "Plaintiff's Motion and Request for Seven Day Extension of Time to File Opposition to Defendant's Motion for Summary Judgment" in the instant case. Dkt. No. 64. The document was intended to be filed in *Williams v. Pollard et al.*, Case No. 3:21-cv-00055-RSH-BGS.

The Clerk of Court is respectfully directed to **STRIKE** the document from the instant case. Furthermore, having consulted with the magistrate judge assigned to *Williams*, the Clerk of Court is further directed to file the document in *Williams* and docket it *nunc pro tunc* to the date it was received therein. *See Wolff v. California*, 235 F.Supp.3d 1127, 1129 n.1 (C.D. Cal. 2017) (discussing court's obligation under Prison Mailbox Rule

to treat filings mailed by prisoners "as constructively filed on the date on which plaintiff alleges he gave it to prison authorities").  The document and proof of service are dated January 23, 2024.  However, the record includes the original envelope plaintiff in *Williams* used to mail the document.  Dkt. No. 64 at 4-5.  The rear of the envelope is marked "c/o D. Natividad #100206" and dated "1/26/24."  *Id*. at 5.  This notation is understood to reflect the date the correctional officer received the document for mailing.  Under the Prison Mailbox Rule, the document was constructively filed with the Court on January 26, 2024, and shall be docketed accordingly.

    **IT IS SO ORDERED.**

Dated:  February 23, 2024

_David Leshner_
Hon. David D. Leshner
United States Magistrate Judge