UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William HEARN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RJD WARDEN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cv-0255-AGS-DDL<br><br>**ORDER ON OBJECTION TO ORDER (ECF 85)** |

　　　Plaintiff William Hearn objects once again to the magistrate judge's denial of his motions to appoint counsel and to file a third amended complaint. (*Compare* ECF 72 *with* ECF 85.) This Court previously overruled those same objections. (*See* ECF 76.) Because Hearn offers no new rationale, the renewed objections are denied for the same reasons the Court previously provided. (*See id*.) Even if the Court were to recharacterize Hearn's filing as a motion for reconsideration, that motion would fail. "[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999). Because Hearn "merely reiterate[s] [his] disagreement with the order" and does not provide a proper basis for reconsideration, the motion is denied. *See Stephens v. County of Hawaii Police Dep't*, 584 F. App'x 506, 507 (9th Cir. 2014).

Dated:　July 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge