UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William HEARN,<br><br>                              Plaintiff,<br><br>v.<br><br>WARDEN, et al.,<br><br>                              Defendants. | Case No.:  22-cv-0255-AGS-DDL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART MOTION TO DISMISS (ECF 77) WITHOUT LEAVE TO AMEND** |

On December 11, 2024, the magistrate judge issued a report and recommendation, urging this Court to grant in part defendants' motion to dismiss without leave to amend and giving plaintiff William Hearn until December 20, 2024, to object. (*See* ECF 99, at 17.) To date, Hearn has not objected. The district judge "must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing 18 U.S.C. § 636(b)). Having reviewed the report and recommendation, the Court finds it well-reasoned and without any clear error. So, the Court adopts the magistrate judge's recommendation:

1. Defendants' motion to dismiss (ECF 77) is **GRANTED IN PART**. Hearn may proceed on his First Amendment retaliation claim against defendant Cepeda only. Hearn may also proceed on his Eighth Amendment excessive-force claim against defendants Cepeda, Bravo-Mancilla, and Alfaro only. All other claims are dismissed without leave to amend.

2. Defendants must answer Hearn's remaining claims no later than 14 days from the date of this order. *See* Fed. R. Civ. P. 12(a)(4)(A).

3. The Clerk is directed to serve a copy of the magistrate judge's report and recommendation (ECF 99) along with this order.

Dated:  January 2, 2025

Hon. Andrew G. Schopler
United States District Judge

2