UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HEARN,<br><br>      Plaintiff,<br><br>v.<br><br>J. CEPEDA, Correction Officer – RJD;<br>L. ALFARO, Correction Officer – RJD;<br>S. BRAVO-MANCILLA,<br><br>      Defendants. | Case No.: 22-cv-255-AGS-DDL<br><br>**ORDER GRANTING MOTION FOR COPY OF AMENDED COMPLAINT**<br><br>[Dkt. No. 121] |

  Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, moves to be resent a copy of his amended complaint. Dkt. No. 121. He represents "most of [his paperwork] was destroyed" because of an altercation involving his previous cellmate. *Id.*

  "While 'prisoners have a constitutional right of access to the courts,' there is no constitutional right to receive photocopies free of charge." *Arellano v. Blahnik*, 2020 WL 6319130, at *1 (S.D. Cal., Oct. 28, 2020, No. 16CV2412-CAB-MSB) (quoting *Bounds v. Smith*, 430 U.S. 817, 821 (1977)); *see also Jones v. Franzen*, 697 F.2d 801, 803 (7th Cir. 1983) ("[B]road as the constitutional concept of liberty is, it does not include the right to xerox."). This is no different for litigants proceeding *in forma pauperis*. *Arellano*, 2020 WL 6319130, at *1 (citing *Hadsell v. Comm'r*, 107 F.3d 750, 752 (9th Cir. 1997)).

Although the Court does not generally provide parties with copies of the pleadings, given the circumstances here, the Court finds it appropriate to provide Plaintiff with a copy of his amended complaint. Accordingly, Plaintiff's motion is **GRANTED**. The Clerk's Office is **ORDERED** to mail Plaintiff a copy of this order along with a copy of Dkt. Nos. 53 ("Second Amended Complaint") and 100 ("Order Adopting Report and Recommendation and Granting in Part Motion to Dismiss"). Plaintiff is cautioned that the Court is not ordering the Clerk's Office to provide Plaintiff with copies of every pleading that he may require in the future. If Plaintiff should need copies of any court documents from the Clerk of the Court, they may be purchased at $0.50 per page.

**IT IS SO ORDERED.**

Dated:  July 22, 2025

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge